**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6007

LESTER DANIEL BRYSON; JOHN FRANK BOWEN,

Plaintiffs - Appellants,

versus

ROBERT P. JOHNSTON, State Superior Court
Judge; FORREST D. BRIDGES, State Superior
Court Judge,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-03-227-1-MU)

Submitted: June 16, 2004          Decided: June 29, 2004

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lester Daniel Bryson and John Frank Bowen, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants Lester Daniel Bryson and John Frank Bowen appeal the district court's order dismissing their 42 U.S.C. § 1983 (2000) complaint and a subsequent order denying their motion to vacate judgment and motion for recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Bryson v. Johnston</u>, No. CA-03-227-1-MU (W.D.N.C. filed Nov. 7, 2003 & entered Nov. 13, 2003; Feb. 17, 2004). We deny Appellants' motion for appointment of counsel. We further deny Appellants' motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>